AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 16 MR 248
)
#4 Camino Pequeno, Santa Fe, New Mexico )
)
)

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

16 APR -8 PM 1:05

CLERK-ALBUQUERQUE

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ___New Mexico___
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attacment B.

**YOU ARE COMMANDED** to execute this warrant on or before ___April 15, 2016___ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Laura Fashing___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of ___

Date and time issued: ___4/1/2016 3:40pm___      ___[signature]___
                                                  *Judge's signature*

City and state: ___Albuquerque, New Mexico___    ___Laura Fashing, United States Magistrate Judge___
                                                  *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 16-MR-248 | 4-6-2016  9:25 am | Saher Saman |

Inventory made in the presence of: SA Brad Koons (FBI)

Inventory of the property taken and name of any person(s) seized:

1. One painting titled "My Country" by Tjungurrayi."
2. One painting titled "Iky 2" by Greg Ruse
3. One painting titled "My Country by Kngwarraye;
4. One painting titled "Flat Fire Burn" by Hobson;
5. One apple Laptop Computer S/N: C02SJW03DTY3;
6. Documents from bedroom and furnace closet

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4-8-2016

Kathleen M. Magnafici
Executing officer's signature

Kathleen M. Magnafici, SA, FBI
Printed name and title



## Attachment A: Location to be Searched

The property to be searched is the residence of Saher Saman loated at #4 Camino Pequeno, Santa Fe, New Mexico 87501, other storage lockers/ areas detached closets, containers, and yard areas associated with the main residence andused in connection with or within the curtilage of said residence as pictured below and further described as the last unit marked "Guest House" and with a sign posted as #4 near the entrance. It is the last unit at the east end of the structure.





## Attachment B - Property to be seized at #4 Camino Pequeno, Santa Fe, New Mexico

1. All records relating to violations of 18 U.S.C. § 1343, that being Wire Fraud, those violations involving Saher Saman and Margie Hoyle and occurring after November 2011, including:

    a. All records pertaining to financial transactions for the purchase and sale of art by Margie Hoyle and Saher Saman d.b.a. as Marji Gallery, Read Contemporary (Dallas, Texas and Santa Fe, New Mexico) and ROR Contemporary to include bank records, invoices, wire transfers;

    b. All records representing customer lists, customer correspondence, and complaints made by customers to Margie Hoyle, Saher Saman, Marji Gallery, Read Contemporary (Dallas, Texas and Santa Fe, NM) and ROR;

    c. All records relating to the origin, transportation, location, sale, purchase and history of ownership of the works listed below and collectively known as "provenance;"

    d. Records and information relating to the e-mail accounts sahersman1@gmail.com, saher@marjigallerysantafe.com, saher@readcontemporary.com, and saher.rorcontemporary@gmail.com.

2. All artworks described as follows:

| TITLE | ARTIST |
|---|---|
| 1. CAT NO 1273 | Mary Gallagher Napangardi |
| 2. Untitled | Katanari Tilya |
| 3. Emu and Quandong Dreaming | Peter Overs |
| 4. CAT NO 1632 | George Ward Tjungurrayi |
| 5. CAT NO 1268 | Lynette Napanangka Sampson |
| 6. CAT NO 1265 | Cheryl Nakamarra Walker |
| 7. Blood Brothers | Samantha Hobson |
| 8. My Country | Kudditje Kngwarraye |

1

| TITLE | ARTIST |
|---|---|
| 9. Sand Hills at Mina Mina | Dorothy Napangardi |
| 10. CAT NO. MP1649 | Minnie Pwerle |
| 11. My Country | George Ward Tjungarraui |
| 12. CAT NO. PT1238 | Patrick Tjungurrayi |
| 13. Body Clay Colours | Samantha Hobson |
| 14. Paperbark tree | Rosella Namok |
| 15. Rainforest Blood Brothers | Samantha Hobson |
| 16. Flat Fire Burn | Samantha Hobson |
| 17. White BG | Dorothy Napangardi |
| 18. Desert Swamps | Naata Nungarrayi |
| 19. Rikka 1 | Greg Rose |
| 20. Iki2 | Greg Rose |

As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

The term "computer" includes all types of electronic, magnetic, optical, electrochemical, or other high speed data processing devices performing logical, arithmetic, or storage functions, including desktop computers, notebook computers, mobile phones, tablets, server computers, and network hardware.

The term "storage medium" includes any physical object upon which computer data can be recorded. Examples include hard disks, RAM, floppy disks, flash memory, CD-ROMs, and other magnetic or optical media.